**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles** | **Roy** | **Tankersley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nancy** | **Louise** | **Tankersley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **18-11027**
(if known)

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $2,600.00 | $2,600.00 | $0.00 |

**Hickson Law P.C**
Priority Creditor's Name
**4833 Spicewood Springs Rd. #200**
Number      Street

Last 4 digits of account number __ __ __ __

When was the debt incurred? **08/06/2018**

**Austin                TX      78759**
City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☑ Other. Specify
   **Attorney fees for this case**

Debtor 1    **Charles Roy Tankersley**

Debtor 2    **Nancy Louise Tankersley**

Case number (if known)    **18-11027**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | | **$929.70** |

**American Express**
Nonpriority Creditor's Name
**P.O. BOX 360001**
Number    Street

**Ft. Lauderdale    FL    33336-0001**
City    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **2  0  0  1**

**When was the debt incurred?**    **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit card purchases**

| 4.2 | | **$600.00** |

**American Express**
Nonpriority Creditor's Name
**P.O. BOX 360001**
Number    Street

**Ft. Lauderdale    FL    33336-0001**
City    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **1  0  0  6**

**When was the debt incurred?**    **various**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit card purchases**

Debtor 1  **Charles Roy Tankersley**
Debtor 2  **Nancy Louise Tankersley**

Case number (if known)  **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**

$441.00

**American Plumbing Service**
Nonpriority Creditor's Name
**705 S. Adams**
Number        Street

**Fredericksburg        TX        78624**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Utility expenses**

**4.4**

$362.11

**AT & T Mobility**
Nonpriority Creditor's Name
**PO Box 5014**
Number        Street

**Carol Stream        IL        60197-5014**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  8  7  3  9

**When was the debt incurred?**  2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Cellular services**

**4.5**

$1,035.00

**Austin - Travis County EMS**
Nonpriority Creditor's Name
**15 Waller Street**
Number        Street

**Austin        TX        78702**
City                        State      ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  2  0  5  5

**When was the debt incurred?**  2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical Services**

Debtor 1    **Charles Roy Tankersley**
Debtor 2    **Nancy Louise Tankersley**
                                                    Case number (if known)  **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 | | **$569.96** |

**Austin Diagnostic Medical Clinic**
Nonpriority Creditor's Name
**12221 North Mopac Expressway**
Number       Street

**Austin**              **TX**    **78758**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **7  7  9  7**
When was the debt incurred?  **2018**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

| 4.7 | | **$235.00** |

**Austin Gastroenterology, P.A.**
Nonpriority Creditor's Name
**PO Box 268840**
Number       Street

**Okalahoma City**       **OK**   **73126-8840**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4  9  2  1**
When was the debt incurred?  **2018**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

| 4.8 | | **$271.05** |

**Austin Pathology Associates, PA**
Nonpriority Creditor's Name
**PO Box 203294**
Number       Street

**Dallas**              **TX**    **75230**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **2  3  4  7**
When was the debt incurred?  **2016**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Services**

Debtor 1  **Charles Roy Tankersley**
Debtor 2  **Nancy Louise Tankersley**

Case number (if known)  **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**$20.75**

**Austin Pathology Associates, PA**
Nonpriority Creditor's Name
**PO Box 203294**
Number        Street

_____

**Dallas**              **TX**    **75230**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **4   8   0   2**
**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

### 4.10

**$28.00**

**Austin Radiological Assoc.**
Nonpriority Creditor's Name
**PO Box 4099**
Number        Street

_____

**Austin**              **TX**    **78765**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **1   6   0   1**
**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Services**

### 4.11

**$178.37**

**Austin Telco Federal Credit Union**
Nonpriority Creditor's Name
**8929 Shoal Creek Blvd**
Number        Street

_____

**Austin**              **TX**    **78757**
City                      State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   **7   8   1   5**
**When was the debt incurred?**   **2018**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Over Draft**

Official Form 106E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   **Charles Roy Tankersley**

Debtor 2   **Nancy Louise Tankersley**

Case number (if known)   **18-11027**

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

### 4.12

**$13,712.24**

**Bank of America**
Nonpriority Creditor's Name
**PO Box 851001**
Number   Street

**Dallas**      **TX**   **75285-1001**
City     State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  **2**  **4**  **6**  **7**

**When was the debt incurred?**  **various**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit card purchases**

### 4.13

**$13,638.00**

**Bank of America**
Nonpriority Creditor's Name
**PO Box 851001**
Number   Street

**Dallas**      **TX**   **75285-1001**
City     State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  **6**  **8**  **6**  **1**

**When was the debt incurred?**  **various**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit card purchases**

### 4.14

**$7,242.99**

**Barclaycard**
Nonpriority Creditor's Name
**PO Box 60517**
Number   Street

**City of Industry**   **CA**   **91716**
City     State   ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**  **7**  **1**  **8**  **0**

**When was the debt incurred?**  **various**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify
  **Credit Card Purchases**

Debtor 1    **Charles Roy Tankersley**
Debtor 2    **Nancy Louise Tankersley**                                    Case number (if known)  **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

---

**4.15**                                                                                                      **$0.00**

**Barret Daffin Frappier Turner & Engel**
Nonpriority Creditor's Name
**4004 Belt Line Road, Suite 100**
Number       Street

**Addison**              **TX**    **75001**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Notice Only**

---

**4.16**                                                                                                     **$26,018.17**

**Capital One Bank**
Nonpriority Creditor's Name
**1680 Capital One Drive**
Number       Street

**McLean**              **VA**    **22102**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  8  5  7  7
**When was the debt incurred?**  **various**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card Purchases**

---

**4.17**                                                                                                     **$5,607.27**

**Chase**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number       Street

**Wilmington**          **DE**    **19850-5298**
City                         State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  0  3  0  2
**When was the debt incurred?**  **various**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card Purchases**

---

| Debtor 1 | **Charles Roy Tankersley** |
|---|---|
| Debtor 2 | **Nancy Louise Tankersley** |

Case number (if known) **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.18

**$33,211.18**

**Chase**
Nonpriority Creditor's Name
**P.O. Box 15298**
Number     Street

Last 4 digits of account number   **0   3   8   7**

When was the debt incurred?   **various**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Wilmington          DE      19850-5298**
City                State     ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card Purchases**

### 4.19

**$2,490.00**

**CV Anesthesiology PA**
Nonpriority Creditor's Name
**P.O. Box 300087**
Number     Street

Last 4 digits of account number   **9   6   5   3**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Austin              TX      78703**
City                State     ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical Services**

### 4.20

**$497.81**

**Discover**
Nonpriority Creditor's Name
**PO Box 30943**
Number     Street

Last 4 digits of account number   **2   5   6   9**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salt Lake City      UT      84130**
City                State     ZIP Code

**Who incurred the debt?**  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card Purchases**

Debtor 1 **Charles Roy Tankersley**
Debtor 2 **Nancy Louise Tankersley**

Case number (if known) **18-11027**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

**$9,329.05**

**Discover**
Nonpriority Creditor's Name
**PO Box 30943**
Number        Street

Last 4 digits of account number  **7  2  2  6**

When was the debt incurred?  **vaarious**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salt Lake City        UT        84130**
City                State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card Purchases**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.22

**$135.00**

**Fredericksburg Veterinary Center**
Nonpriority Creditor's Name
**1203 N. Llano Street**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  **2016**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Federicksburg        TX        78624**
City                State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Vetrinarian charges**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

### 4.23

**$0.00**

**Jonathan B. Cluck/Nunley Firm**
Nonpriority Creditor's Name
**1580 S. Main Street #200**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Boerne        TX        78006**
City                State    ZIP Code

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Judgment/Lien**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1    **Charles Roy Tankersley**
Debtor 2    **Nancy Louise Tankersley**                                       Case number (if known)  **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.24

**Longhorn Emergency Medical**                                                                          **$1,276.00**
Nonpriority Creditor's Name
**PO Box 740021**
Number      Street
**Cincinnati, OH 4527355427**

Last 4 digits of account number    **5** **4** **4** **2**
When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City              State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Services**

### 4.25

**Longhorn Emergency Medical**                                                                          **$1,522.00**
Nonpriority Creditor's Name
**PO Box 740021**
Number      Street
**Cincinnati, OH 4527355427**

Last 4 digits of account number    **4** **7** **0** **1**
When was the debt incurred?    **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City              State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Services**

### 4.26

**Midland Funding LLC**                                                                                **$1,542.94**
Nonpriority Creditor's Name
**8875 Aero Dr Suite 200**
Number      Street

**San Diego**          **CA**    **92123**
City              State    ZIP Code
Who incurred the debt?    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **5** **9** **7** **7**
When was the debt incurred?    **various**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **assignee of Sears**

Debtor 1    **Charles Roy Tankersley**
Debtor 2    **Nancy Louise Tankersley**                                       Case number (if known)  **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

**4.27**                                                                                                    **$49.48**

**Paypal Inc.**
Nonpriority Creditor's Name
**4100 Solutions Center #774100**
Number      Street

**Chicago**            **IL**    **60677-4001**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Trade account**

**4.28**                                                                                                    **$1,604.40**

**South Austin Hospital**
Nonpriority Creditor's Name
**c/o Resurgent Capital**
Number      Street
**P.O. Box 1927**

**Greenville**          **SC**    **29602**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **7  7  7  4**
When was the debt incurred? _____
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Medical Services**

**4.29**                                                                                                    **$3,120.00**

**St. David's Heart & Vascular PLLC**
Nonpriority Creditor's Name
**PO Box 402669**
Number      Street

**Atlanta**            **GA**    **30384**
City                  State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **3  9  4  8**
When was the debt incurred?  **2016**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
  **Medical Services**

Debtor 1   **Charles Roy Tankersley**
Debtor 2   **Nancy Louise Tankersley**

Case number (if known)   **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| **Total claim** |

---

**4.30**

                                                    **$311.90**

**Time Warner Cable**
Nonpriority Creditor's Name
**Attn: Collections**
Number   Street
**12012 N. Mopac**

**Austin**        **TX**    **78758**
City        State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1**   **1**   **3**   **4**
**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Cable Services**

---

**4.31**

                                                    **$44.61**

**Verizon**
Nonpriority Creditor's Name
**P.O. BOX 15043**
Number   Street

**Albany**        **NY**    **12212-5043**
City        State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **6**   **6**   **5**   **9**
**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Telephone services**

---

**4.32**

                                                    **$107.69**

**Waste Connections**
Nonpriority Creditor's Name
**PO Box 17608**
Number   Street

**Austin**        **TX**    **78760**
City        State   ZIP Code

**Who incurred the debt?**   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **7**   **5**   **5**   **1**
**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Trash collections**

---

Debtor 1     **Charles Roy Tankersley**
Debtor 2     **Nancy Louise Tankersley**                                    Case number (if known)  **18-11027**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.33 | | **$2,210.00** |
|---|---|---|

**William S. Lear**
Nonpriority Creditor's Name

**12304 Twin Creek Drive**
Number        Street


**Machaca**              **TX**    **78756**
City                            State     ZIP Code

**Who incurred the debt?**     Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**When was the debt incurred?**     **20016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Services**

Debtor 1    **Charles Roy Tankersley**

Debtor 2    **Nancy Louise Tankersley**                          Case number (if known) __**18-11027**__

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**AMCA Collections**
Name
**4 Westchester Plaza #110**
Number      Street


**Elmsford**            **NY**    **10523**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __**4.8**__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Bank of America**
Name
**P.O. Box 982284**
Number      Street


**El Paso**            **TX**    **79998-2238**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __**4.13**__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Bank of America**
Name
**P.O. Box 982284**
Number      Street


**El Paso**            **TX**    **79998-2238**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __**4.12**__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Becket & Lee LLP**
Name
**P.O. Box 3001**
Number      Street


**Malvern**            **PA**    **19355-0701**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __**4.2**__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

**Becket & Lee LLP**
Name
**P.O. Box 3001**
Number      Street


**Malvern**            **PA**    **19355-0701**
City                    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line  __**4.1**__  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1 **Charles Roy Tankersley**
Debtor 2 **Nancy Louise Tankersley**

Case number (if known) **18-11027**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
| --- | --- |

---

**Capital One Bank**
Name
**P.O. Box 71083**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.16** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Charlotte**          **NC**     **28272-1083**
City                   State     ZIP Code

---

**Client Services Inc./Chase**
Name
**3451 Harry S Truman Blvd**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.17** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**St. Charles**        **MO**     **63301**
City                   State     ZIP Code

---

**Convergent Outsourcing Inc.**
Name
**800 SW 39th St.**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.27** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Houston**            **TX**     **77043**
City                   State     ZIP Code

---

**Credit Management**
Name
**PO Box 118288**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.30** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**Carrollton**         **TX**     **75011-8288**
City                   State     ZIP Code

---

**Discover Bank Discoverj Products Inc**
Name
**P.O. Box 3025**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.21** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**New Albany**         **OH**     **43054-3025**
City                   State     ZIP Code

---

**Discover Card**
Name
**PO Box 3025**
Number     Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.21** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** __ __ __ __

**New Albany**         **OH**     **43054-3025**
City                   State     ZIP Code

---

Debtor 1   **Charles Roy Tankersley**
Debtor 2   **Nancy Louise Tankersley**

Case number (if known)   **18-11027**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
| --- | --- |

**Diversified Adjustment Service**
Name
**PO Box 32145**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.31**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ — __ __ — __ __ — __ __

**Fridley**      **MN**    **55432**
City          State    ZIP Code

**Diversified Consultants, Inc.**
Name
**P.O. BOX 551268**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.4**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ — __ __ — __ __ — __ __

**Jacksonville**      **FL**    **32255**
City          State    ZIP Code

**Healthcare Receivables Group**
Name
**PO Box 10168**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.19**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ — __ __ — __ __ — __ __

**Knoxville**      **TN**    **37939-0168**
City          State    ZIP Code

**Javitch Block**
Name
**1100 Superior Ave. 19th Floor**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.13**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ — __ __ — __ __ — __ __

**Cleveland**      **OH**    **44114-2521**
City          State    ZIP Code

**Merchants & Professional**
Name
**PO Box 140675**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.32**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ — __ __ — __ __ — __ __

**Austin**      **TX**    **78714**
City          State    ZIP Code

**Michelle A. McFaddin**
Name
**3816 S. Lamar #1903**
Number      Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line   **4.33**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ — __ __ — __ __ — __ __

**Austin**      **TX**    **78704**
City          State    ZIP Code

Debtor 1  **Charles Roy Tankersley**
Debtor 2  **Nancy Louise Tankersley**                                    Case number (if known)  **18-11027**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**North Carolina Financial Data LLC**
Name
**PO Box 688**
Number       Street
**Wrightsville, NCV 28480**

_____
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.7**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __


**Northstar Location Services, LLC**
Name
**4285 Genesee St.**
Number       Street

**Cheektowaga          NY     14225**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.20**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __


**Raush Sturm**
Name
**15660 N. Dallas Pkwy., Suite 350**
Number       Street

**Addison              TX     75248**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.16**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __


**Scott & Associates, PC**
Name
**PO Box 113297**
Number       Street

**Carrollton           TX     75011-3297**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.14**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __


**Scott & Associates, PC**
Name
**PO Box 113297**
Number       Street

**Carrollton           TX     75011-3297**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.12**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __


**Synerprise Consulting Service, Inc**
Name
**2809 Regal Road #107**
Number       Street

**Plano                TX     75075**
City                    State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.6**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    __ __ __ __

| Debtor 1 | **Charles Roy Tankersley** |
|----------|---------------------------|
| Debtor 2 | **Nancy Louise Tankersley** |

Case number (if known)   **18-11027**

## Part 3:  List Others to Be Notified About a Debt That You Already Listed -- Continuation Page

**Zwicker & Associates, P.C.**
Name
**1 Chisholm Trail #301**
Number        Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.21**  of  *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  __ __ __ __

| **Round Rock** | **TX** | **78681** |
|----------------|--------|-----------|
| City | State | ZIP Code |

Debtor 1   **Charles Roy Tankersley**

Debtor 2   **Nancy Louise Tankersley**

Case number (if known)   **18-11027**

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $2,600.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $2,600.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $128,341.67 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $128,341.67 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Charles** | **Roy** | **Tankersley** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Nancy** | **Louise** | **Tankersley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **18-11027** | |

☑ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Charles Roy Tankersley**          X **/s/ Nancy Louise Tankersley**
Charles Roy Tankersley, Debtor 1            Nancy Louise Tankersley, Debtor 2

Date **09/17/2018**                          Date **09/17/2018**
MM / DD / YYYY                               MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:  **Charles Roy Tankersley**
**Nancy Louise Tankersley**

CASE NO  **18-11027**

CHAPTER  **13**

*AMENDED*
## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/17/2018 _____

Signature  **/s/ Charles Roy Tankersley** _____
**Charles Roy Tankersley**

Date  9/17/2018 _____

Signature  **/s/ Nancy Louise Tankersley** _____
**Nancy Louise Tankersley**

American Plumbing Service
705 S. Adams
Fredericksburg, TX 78624


Austin - Travis County EMS
15 Waller Street
Austin, TX 78702


Austin Radiological Assoc.
PO Box 4099
Austin, TX 78765


Bank of America
P.O. Box 982284
El Paso, TX 79998-2238


Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083


Discover Bank Discoverj Products Inc
P.O. Box 3025
New Albany, OH 43054-3025


Discover Card
PO Box 3025
New Albany, OH 43054-3025


South Austin Hospital
c/o Resurgent Capital
P.O. Box 1927
Greenville, SC 29602