

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 25, 2018.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-11027-tmd |
| CHARLES ROY TANKERSLEY | § | |
| NANCY LOUISE TANKERSLEY, | § | CHAPTER 13 |
|     Debtors. | § | |

### ORDER DENYING CONFIRMATION AND DISMISSING CASE

On November 7, 2018, a confirmation hearing was held on the Debtors' Amended Chapter 13 Plan [ECF No. 20]. For the reasons stated on the record at the hearing, the Court found that confirmation of the Debtors' Amended Chapter 13 Plan should be denied and that the case should be dismissed in 14 days.

ACCORDINGLY, IT IS THEREFORE ORDERED that confirmation of the Amended Chapter 13 Plan [ECF No. 20] is denied.

IT IS FURTHER ORDERED that the case is dismissed.

2

IT IS FURTHER ORDERED that the Trustee be discharged and relieved of her trust and her sureties, and that the remaining balances of all debts due and owing creditors as of the date of this dismissal are not discharged or affected in any manner by this order.

# # #